IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MILTON KENT JOHNSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00118-TES-CHW |
| | * |
| Lieutenant GREEN, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of June, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk